Submitted on remand from the Oregon Supreme Court November 20, 1986, affirmed January 21, 1987

STATE OF OREGON,
*Respondent,*

*v.*

RONALD LEE BALL,
*Appellant.*

(C84-12-35437; CA A36005)

731 P2d 1048

Gary D. Babcock, Public Defender, Salem, filed the brief on remand for appellant. With him was John P. Daugirda, Deputy Public Defender, Salem.

Dave Frohnmayer, Attorney General, Salem, filed the brief for respondent. With him were James E. Mountain, Jr., Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before, Warden, Presiding Judge, Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

This case is before us on remand. *State v. Ball,* 302 Or 298, 729 P2d 551 (1986). In *State v. Ball,* 77 Or App 308, 711 P2d 988 (1986), we reversed defendant's convictions for possession of controlled substances on the authority of *State v. Westlund,* 75 Or App 43, 705 P2d 208 (1985).

Defendant's convictions are affirmed. *See State v. Owens,* 302 Or 196, 729 P2d 524, *State v. Westlund,* 302 Or 225, 729 P2d 541 (1986); *State v. Forseth,* 302 Or 233, 729 P2d 545 (1986).